UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION; STATE OF ALASKA; STATE OF ARIZONA, *ex rel.* Kristin K. Mayes, Attorney General; PEOPLE OF THE STATE OF CALIFORNIA; STATE OF COLORADO, *ex. rel.* Philip J. Weiser, Attorney General; STATE OF FLORIDA; STATE OF IDAHO; STATE OF ILLINOIS; STATE OF INDIANA, *ex rel.* Todd Rokita, Attorney General, STATE OF IOWA; COMMONWEALTH OF KENTUCKY, *ex rel.* Russell Coleman, Attorney General; STATE OF LOUISIANA; CONSUMER PROTECTION DIVISION, OFFICE OF THE MARYLAND ATTORNEY GENERAL; STATE OF NEBRASKA, *ex rel.* Michael T. Hilgers, Attorney General; STATE OF NEW JERSEY, by Attorney General Jennifer Davenport; STATE OF NEW YORK; STATE OF NORTH CAROLINA, *ex rel.* Jeff Jackson, Attorney General; STATE OF OKLAHOMA; COMMONWEALTH OF PENNSYLVANIA, Office of Attorney General, By Attorney General David W. Sunday, Jr.; STATE OF RHODE ISLAND; STATE OF SOUTH CAROLINA, *ex. rel.* Alan Wilson, in his official capacity as Attorney General of the State of South Carolina; STATE OF VERMONT; and STATE OF WASHINGTON,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:26-cv-03097

NOTICE OF APPEARANCE



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Please take notice that John A. Goldmark, MaryAnn T. Almeida, and Theo A. Lesczynski of Davis Wright Tremaine LLP appear as counsel for Amazon.com, Inc. ("Amazon") and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address stated below. By this appearance, Amazon does not waive and expressly reserves any applicable defenses, including without limitation, lack of jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and failure to join a necessary party.

DATED this 31st day of August, 2026.

DAVIS WRIGHT TREMAINE LLP

By s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980

By s/ *MaryAnn T. Almeida*
MaryAnn T. Almeida, WSBA #49086

By s/ *Theo A. Lesczynski*
Theo A. Lesczynski, WSBA #59780

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: theolesczynski@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*