**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

September 2, 2026

**FEDERAL TRADE COMMISSION ET AL V. AMAZON.COM INC**
Case # 2:26−cv−03097−JHC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature − Secondary Attorney(s)**
> The secondary attorney(s) Lubetzky; Hersh; Jagadish; Kornmehl; Shivakumar indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Lubetzky; Hersh; Jagadish; Kornmehl; Shivakumar as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section IV(L) of the Electronic Filing Procedures.

***Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.***

Thank you.

cc: file