THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a corporation,<br>Defendant. | **Case No. 2:26-cv-03097**<br><br>**NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM** |

Pursuant to Local Civil Rule 3(h), Plaintiff Federal Trade Commission ("FTC") hereby provides notice of *State of Texas v. Amazon.com, Inc., et al.*, No. 471-06909-2026 (471st D. Ct., Collin Cty., Tex. 2026) (the "Texas Case"), pending in Texas's 471st District Court. The Texas Case involves a material part of the same subject matter as this action (the "Federal Case") and involves the same Defendant. The complaint filed in the Texas Case, as published on the website of the Texas Attorney General on August 31, 2026, is attached as Exhibit A to this Notice.

In both the Federal Case and the Texas Case, the complaints allege that Amazon.com, Inc. ("Amazon") engaged in deceptive and unfair conduct by secretly applying surcharges to the



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

results of its second-price auctions for advertising placements to inflate the prices paid by advertisers above the auction results, while concealing the existence of those surcharges from advertisers and falsely representing to them that the price was set by a competitive auction where the winning advertiser would pay only the minimum amount necessary to defeat the second-place bidder. In the Federal Case, Plaintiffs assert that Amazon's conduct violates the FTC Act and the laws of the twenty-two Plaintiff States. The Texas Case is a state action solely under Texas state law and is not subject to a transfer of venue to the federal court system.

Given the differences between this Federal Case and the Texas Case, the FTC believes that coordination between the actions at this time is unlikely to "avoid conflicts, conserve resources, [or] promote an efficient determination of this action." LCR 3(h).

Dated: September 8, 2026

Respectfully submitted,

/s/ Adam K. Hersh

Adam K. Hersh (NY Bar #5693064)
Jonathan W. Platt (NY Bar #3946522)
Darren Lubetzky (NY Bar #4932976)
Vikram Jagadish (NY Bar #5516588)
Jason Kornmehl (NY Bar #5348818)
Ishan Shivakumar (NY Bar #5901855)

Federal Trade Commission, Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

(212) 607-2819 (Platt); -2808 (Lubetzky);
-2823 (Hersh); -2834 (Jagadish);
-2803 (Kornmehl); -2815 (Shivakumar)
jplatt@ftc.gov; dlubetzky@ftc.gov;
ahersh@ftc.gov; vjagadish@ftc.gov;
jkornmehl@ftc.gov; ishivakumar@ftc.gov

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION