UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:26-cv-03097-JHC

**STIPULATED MOTION AND ORDER TO TEMPORARILY SEAL THE COMPLAINT AND SET BRIEFING SCHEDULE**

Plaintiff Federal Trade Commission ("FTC" or "Commission"), and Defendant Amazon.com, Inc. ("Amazon") (collectively the "Parties"), by and through their counsel, stipulate and agree, subject to the Court's approval, as follows:

1. On August 31, 2026, the FTC filed a Motion for Leave to Temporarily Seal Portions of the Complaint ("Motion to Temporarily Seal"), Dkt. 2, and filed under seal an unredacted version of its Complaint, Dkt. 3 ("Sealed Complaint").

2. As stated in the Motion to Temporarily Seal, the FTC is not permitted to publicly file information received from Amazon or third parties in response to compulsory process (each a "Producing Party") until the FTC has provided all Producing Parties "an opportunity to seek an appropriate protective or in camera order." 16 C.F.R. § 4.10(g); 15 U.S.C. § 57b-2.

3. In the Sealed Complaint, the FTC filed under seal information obtained from Amazon and other Producing Parties. In order to afford Amazon and other Producing Parties an opportunity to seek a protective order, or permanent sealing order, under 16 C.F.R. § 4.10, the FTC sought leave to temporarily seal the Sealed Complaint by filing a Motion to Temporarily Seal. Dkt. 2.

4. The FTC and Amazon agree that there is compelling reason for entry of the attached Proposed Order, which maintains a temporary seal over the Sealed Filings, while allowing Amazon and other Producing Parties until September 28, 2026, to file a motion to permanently seal any portion of the Sealed Filings. In particular, under Local Rule 5(g)(3)(B), such a temporary seal protects "legitimate private or public interests," and no "less restrictive alternative" exists, because the procedure agreed upon by the Parties allows for efficient resolution of Amazon's or any other Producing Party's effort to keep materials sealed. The Parties further agree that any such motions shall be noted for October 19, 2026.

5. The FTC and Amazon jointly request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.

DATED this 14th day of September, 2026.

FEDERAL TRADE COMMISSION

By *s/ Jonathan W. Platt*
Jonathan W. Platt, NY Bar #3946522
Darren H. Lubetzky, NY Bar #4932976
Adam K. Hersh, NY Bar #5693064
Vikram Jagadish, NY Bar #5516588
Jason E. Kornmehl, NY Bar #5348818
Ishan Shivakumar, NY Bar # 5901855
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2829
Email: jplatt@ftc.gov
Email: dlubetzky@ftc.gov
Email: ahersh@ftc.gov
Email: vjagadish@ftc.gov
Email: jkornmehl@ftc.gov
Email: ishivakumar@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

DAVIS WRIGHT TREMAINE LLP

By *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: theolesczynski@dwt.com

DUNN ISAACSON RHEE LLP

By *s/ Jeannie S. Rhee*
Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
401 9th Street, NW
Washington, DC 20004
Tel: (202) 240-2900
Email: kdunn@dirllp.com
Email: jrhee@dirllp.com
Email: ratkinson@dirllp.com

Hannah Klain*
11 Park Place
New York, NY 10007
Tel: (202) 240-2900
Email: hklain@dirllp.com

GIBSON, DUNN & CRUTCHER LLP

By s/ Natalie J. Hausknecht
Natalie J. Hausknecht*
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Tel: (303) 298-5783
Email: nhausknecht@gibsondunn.com

Gustav W. Eyler*
1700 M Street, N.W.
Washington, DC 20036
Tel: (202)955-8610
Email: geyler@gibsondunn.com

William Savitt*
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2355
Email: wsavitt@gibsondunn.com

*Attorneys for Defendant Amazon.com, Inc.*

**admitted pro hac vice*

**ORDER**

The Court GRANTS the Parties' Stipulated Motion, Dkt. # 81, and ORDERS as follows:

1. Plaintiffs' Sealed Complaint (Dkt. 3), shall be temporarily sealed.

2. The FTC shall provide copies by email of this Order to all persons or entities (each a "Producing Party") who provided materials designated as confidential to the FTC in response to the Commission's Civil Investigative Demands during its pre-complaint investigation, where such material is disclosed or reflected in the Complaint.

3. Amazon or any other Producing Party shall file any motion to permanently seal parts of the Complaint on or before September 28, 2026, noted for October 19, 2026 under LCR 7(d)(3).

4. If no Producing Party files a motion to permanently seal parts of the Complaint by September 28, 2026, the Clerk of the Court shall unseal the Complaint.

5. If Producing Parties file motions to permanently seal any part of the Complaint by September 28, 2026, the FTC may file an updated public version of the Sealed Complaint that redacts only the portions of the Sealed Complaint that a Producing Party has moved to permanently seal.

6. After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC shall file an updated public version of the Complaint.

7. The FTC's original Motion for Leave to Temporarily Seal Portions of the Complaint (Dkt. 2) is DENIED as moot.

IT IS SO ORDERED this 14th day of September, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE