AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

Federal Trade Commission, et al.
*Plaintiff*
v.
Amazon.com, Inc.
*Defendant*

Case No. 2:26-cv-03097

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission .

Date: 09/15/2026

/s/ Brian N. Lasky
*Attorney's signature*

Brian N. Lasky, NY Bar # 3993417
*Printed name and bar number*

One Bowling Green, Suite 318
New York, NY 10004
*Address*

blasky@ftc.gov
*E-mail address*

(212) 607-2814
*Telephone number*

(212) 607-2822
*FAX number*