AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Federal Trade Commission, et al.
*Plaintiff*
v.
Amazon.com, Inc.
*Defendant*

Case No. 2:26-cv-03097

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington .

Date: 09/22/2026

Averill L. Aubrey
*Attorney's signature*

Averill L. Aubrey, WSBA #62784
*Printed name and bar number*

800 5th Avenue, Suite 2000
Seattle, WA 98104
*Address*

averill.aubrey@atg.wa.gov
*E-mail address*

(206) 389-3849
*Telephone number*

(206) 587-5636
*FAX number*