# EXHIBIT B

# Appendix

| Complaint Paragraph(s) | Material to be Sealed | Reason for Sealing |
| --- | --- | --- |
| ¶¶ 1, 11, 75, 77, 194, 198, 199, 218 | Amazon's Confidential Business Information (nonpublic financial data) | Reveals specific, non-public financial data about the granular numerical values of rates associated with Amazon's proprietary auction systems and revenue amounts attributable to those alleged values over identified periods. |
| ¶ 6 | Amazon's Confidential Business Information (nonpublic financial data) | Reveals category-level, specific numerical values of alleged calibrations associated with Amazon's auction systems. |
| ¶¶ 4, 44, 101 | Amazon's Confidential Business Information (nonpublic financial data) | Discloses the revenue composition of Amazon's advertising business for a specific advertising type, which Amazon does not report publicly at this level of detail. |
| ¶¶ 56, 65, 66, 68, 180, 182, 183, 205, 206, 209, 211, 226, 228, 261 | Amazon's Confidential Business Information (numerical parameters and design specifications) | Reveals the specific, nonpublic numerical values and design specifications of alleged parameters of Amazon's proprietary auction systems, which Amazon developed through years of internal experimentation and does not disclose. |
| ¶¶ 60, 61, 62, 69, 176, 193, 195, 196 | Amazon's Confidential Business Information (numerical parameters and design specifications) | Reveals a granular, non-public design specification of Amazon's auction mechanisms and the definition of a proprietary input on which Amazon calibrates its proprietary auction systems. |
| ¶¶ 78, 216, 217 | Amazon's Confidential Business Information (nonpublic financial data) | Reveals detailed, non-public information about Amazon's financial data drawn from confidential internal reporting, including the specific numerical values of parameters associated with Amazon's proprietary auction systems. |
| ¶ 175 | Amazon's Confidential Business Information (numerical parameters and design specifications) | Reveals a granular, non-public numerical design specification of Amazon's proprietary auction systems and the existence and definition of a proprietary input on which Amazon calibrates its proprietary auction systems. |
| ¶¶ 202, 255 | Amazon's Confidential Business Information (nonpublic financial data) and Non-Party Confidential Information | Reveals detailed, non-public information about Amazon's financial data drawn from confidential internal reporting, including the specific numerical values of parameters associated with Amazon's proprietary auction systems.<br><br>Also discloses advertisers' identities paired with advertising spend, cost, and campaign-performance information of nonparty advertisers. |

| | | |
|---|---|---|
| | | The association of the redacted advertiser's identity with the alleged events would itself disclose confidential information about its advertising activity. |
| ¶ 204 | Amazon's Confidential Business Information (nonpublic financial data) | Reveals detailed, non-public information about Amazon's financial data over a period of time, including: (1) the specific numerical values of alleged calibrations associated with Amazon's proprietary auction systems; and (2) specific numerical values of rates associated with Amazon's proprietary auction systems and revenue amounts attributable to those alleged values over identified periods. |
| ¶ 210 | Amazon's Confidential Business Information (numerical parameters and design specifications) | Reveals the specific, nonpublic numerical values and inputs into alleged parameters in Amazon's proprietary auction systems. |
| ¶¶ 212, 252 | Amazon's Confidential Business Information (numerical parameters and design specifications and nonpublic financial data) | Discloses nonpublic internal revenue figures for particular advertising products and periods, together with the specific, nonpublic numerical values of alleged parameters of Amazon's proprietary auction systems. |
| ¶¶ 253, 254, 256, 257 | Non-Party Confidential Information | Discloses advertisers' identities paired with advertising spend, cost, and campaign-performance information of nonparty advertisers. The association of the redacted advertiser's identity with the alleged events would itself disclose confidential information about its advertising activity. |
| ¶ 258 | Amazon's Confidential Business Information (numerical parameters and design specifications) and Non-Party Confidential Information | Discloses detailed description and numerical parameters of a custom experiment design, developed by Amazon through years of sustained engineering investment. A competitor could replicate that methodology in its own systems without incurring the cost of a single experiment, putting Amazon at a significant competitive disadvantage.<br><br>Also discloses nonpublic advertising spend, cost, and campaign-performance information of nonparty advertisers, which Amazon obtains only through confidential business dealings and does not disclose in the ordinary course, paired with the advertisers' identities. Where an advertiser's identity is itself redacted, the association of that advertiser with the alleged events would itself |

| | | |
|---|---|---|
| | | disclose confidential information about its advertising activity. |
| ¶ 262 | Amazon’s Confidential Business Information (nonpublic financial data and numerical parameters and design specifications) | Reveals specific, non-public financial data about the granular numerical values of rates associated with Amazon’s proprietary auction systems and revenue amounts attributable to those alleged values over identified periods.<br><br>Also reveals the specific, nonpublic numerical values of alleged parameters of Amazon's proprietary auction systems, which Amazon developed through years of internal experimentation and does not disclose. |