The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:26-cv-03097-JHC

**STIPULATED MOTION AND [PROPOSED] ORDER SETTING FRCP 26(F) CONFERENCE AND MOTION TO DISMISS BRIEFING SCHEDULE AND LENGTH**

NOTE ON MOTION CALENDAR:
October 6, 2026

Plaintiff Federal Trade Commission ("FTC" or "Commission") and the States, and Defendant Amazon.com, Inc. ("Amazon") (collectively the "Parties"), by and through their counsel, stipulate and agree, subject to the Court's approval, as follows:

1. On August 31, 2026, Plaintiffs filed the Complaint against Amazon in the above-captioned action. Amazon waived service of the Summons and Complaint. Dkt. 13 at 1. Accordingly, absent an extension of time, Amazon's deadline to answer or otherwise respond to the Complaint is October 30, 2026. *See* Fed. R. Civ. P. 4(d)(3).

2. To allow the Parties to fully apprise the Court of their arguments regarding any motion to dismiss made pursuant to Fed. R. Civ. P 12(b), the Parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Order approving that stipulation:



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

a. The Parties shall conduct a conference pursuant to FRCP 26(f) by October 28, 2026;

b. The Parties shall exchange initial disclosures pursuant to FRCP 26(a)(1) by November 12, 2026;

c. The Parties shall submit to the Court a joint status report and discovery plan pursuant to FRCP 26(f) and LCR 26(f) by November 19, 2026;

d. Amazon shall answer or otherwise respond to the Complaint on or before December 7, 2026;

e. Plaintiffs shall file their opposition to any motion to dismiss on or before January 27, 2027;

f. Amazon shall file its reply in support of any motion to dismiss on or before February 17, 2027; and

3. The Complaint contains 49 separate claims, including claims under the laws of 22 states. Given this complexity, the Parties propose over-length briefs on any motion to dismiss. If Amazon responds to the Complaint by motion, the word count for Amazon's motion to dismiss shall not exceed 16,800 words; the combined word count for Plaintiffs' oppositions shall not exceed 16,800 words; and the combined word count for Amazon's reply in support of its motion to dismiss shall not exceed 8,400 words.

4. By entering into this stipulation, no Party waives, and each Party expressly reserves, the right to seek relief regarding the scope, timing, or sequencing of discovery. Defendant reserves the right to seek a stay of discovery pending resolution of any motion to dismiss.

5. The Parties jointly request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 6th day of October, 2026.

FEDERAL TRADE COMMISSION

By *s/ Adam K. Hersh*

Adam K. Hersh, NY Bar #5693064
Jonathan W. Platt, NY Bar #3946522
Darren H. Lubetzky, NY Bar #4932976
Brian N. Lasky, NY Bar #3993417
Vikram Jagadish, NY Bar #5516588
Jason E. Kornmehl, NY Bar #5348818
Ishan Shivakumar, NY Bar # 5901855
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: 212-607-2829
Email: ahersh@ftc.gov
Email: jplatt@ftc.gov
Email: dlubetzky@ftc.gov
Email: blasky@ftc.gov
Email: vjagadish@ftc.gov
Email: jkornmehl@ftc.gov
Email: ishivakumar@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Ian R. Engelbeck*

Ian R. Engelbeck*
Assistant Attorney General
Mark Cucci*
Senior Assistant Attorney General Alaska
Department of Law
Special Litigation Section 1031 West 4th Ave., Suite 200
Anchorage, AK 99501
Tel: 907-269-5200
Email: ian.engelbeck@alaska.gov
Email: mark.cucci@alaska.gov

*Attorneys for Plaintiff State of Alaska*

*s/ Kiersten Schneider*

Kiersten Schneider, AZ Bar No. 039766*
Jesse Stewart, AZ Bar No. 041176*
Assistant Attorneys General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Tel: 602-542-1517
Fax: 602-542-4377
Email: consumer@azag.gov
Email: Kiersten.Schneider@azag.gov
Email: Jesse.Stewart@azag.gov

*Attorneys for Plaintiff State of Arizona*

*s/ Katherine M. Field*

Katherine M. Field CO Reg. No 42024*
Senior Assistant Attorney General

*s/ Nicklas A. Akers*

Lauren M. Dickey, CO Reg. No. 45773 (*Pro Hac Vice* Forthcoming)
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, Colorado 08020
Tel: (720) 508-6208
Email: kate.field@coag.gov
Email: Lauren.Dickey@coag.gov

*Attorneys for Plaintiff State of Colorado*

*s/ Lizabeth Brady*
Lizabeth Brady*
Director, Antitrust Division
Lee Istrail*
Assistant Attorney General
Steven J. Orban*
Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Tel: 850-414-3300
Email: liz.brady@myfloridalegal.com
Email: lee.istrail@myflridalegal.com
Email: steven.orban@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

*s/ Greg Grzeskiewicz*
Greg Grzeskiewicz (*pro hac vice* forthcoming)
Bureau Chief
Jacob Gilbert (*pro hac vice* forthcoming)
Deputy Bureau Chief
Haley Comella*
Wilton Person (*pro hac vice* forthcoming)
Assistant Attorneys General
Office of Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street Chicago, Illinois 60603
Tel.: 224-252-6458

Nicklas A. Akers*
Senior Assistant Attorney General, Consumer Protection
Michael E. Elisofon*
Supervising Deputy Attorney General
Holly Mariella*
Deputy Attorney General
455 Golden Gate Ave, Suite 1100
San Francisco, CA 94102
Tel: 415-510-4400
nicklas.akers@doj.ca.gov
michael.elisofon@doj.ca.gov
holly.mariella@doj.ca.gov

*Attorneys for Plaintiff State of California*

*s/ Stephanie N. Guyon*
Stephanie N. Guyon (ISB No. 5989)*
Deputy Attorney General
Idaho Attorney General's Office
Consumer Protection Division
P.O. Box 83720
Boise, ID 83720-0010
Tel: 208-332-3548
Email: stephanie.guyon@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

*s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82)*
Chief Counsel and Director of Consumer Protection
Brady Quackenbush (IN Atty No. 37730-30)*
Jay Hong (IN Atty No. 39263-49)*
Deputy Attorneys General, Consumer Litigation
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Tel: 317-232-6309

Email: Greg.Grzeskiewicz@ilag.gov
Email: Jacob.Gilbert@ilag.gov
Email: Wilton.Person@ilag.gov
Email: Haley.Comella@ilag.gov

*Attorneys for Plaintiff State of Illinois*

*s/ Andrew Cederdahl*
Andrew Cederdahl (*pro hac vice* forthcoming)
Assistant Attorney General
Office of Iowa Attorney General
1305 E. Walnut St.
Des Moines, Iowa 50319
Tel: 515-281-3731

Email: andrew.cederdahl@ag.iowa.gov

*Attorneys for Plaintiff State of Iowa*

*s/ Lindsay Rabalais Coussan*
Lindsay Rabalais Coussan*
Assistant Attorney General Consumer Protection Section
Office of the Louisiana Attorney General
1885 N. Third St.
Baton Rouge, LA 70802
Tel: 225-326-6438
Email: CoussanL@ag.louisiana.gov

*Attorneys for Plaintiff State of Louisiana*

*s/ Philip D. Ziperman*
Philip D. Ziperman (MD# 12430)*
Deputy Chief
Consumer Protection Division
Office of the Maryland Attorney General
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
Tel: 410-576-6417
Fax: 410-576-6566
Email: pziperman@oag.maryland.gov

Email: Scott.Barnhart@atg.in.gov
Email: Brady.Quackenbush@atg.in.gov
Email: Jay.Hong@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

*s/ John Christian Lewis*
John Christian Lewis*
Division Chief, Consumer Protection
Philip R. Heleringer*
Executive Director, Consumer Protection
Jonathan Farmer*
Deputy Executive Director, Consumer Protection
John Ghaelian*
Assistant Attorney General

Office of the Kentucky Attorney General
1024 Capital Center Drive, Suite 200|
Frankfort, Kentucky 40601
Tel: 502-696-5314
Email: Christian.Lewis@Ky.gov
Email: Philip.Heleringer@Ky.gov
Email: Jonathan.Farmer@Ky.gov
Email: John.Ghaelian@Ky.gov

*Attorneys for Plaintiff Commonwealth of Kentucky*

*s/ Benjamin J. Swanson*
Benjamin J. Swanson (NE #27675)*
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-7759
Fax: (402) 471-4725
Email: benjamin.swanson@nebraska.gov



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*Attorneys for Plaintiff Consumer Protection Division, Office of the Maryland Attorney General*

*s/ Conor C. Vance*
Conor C. Vance*
Zeyad Assaf*
Deputy Attorneys General
Division of Law
Consumer Fraud Prosecution Section 124
Halsey Street, Fifth Floor Newark, NJ 07101
Tel: 609-696-5363
Email: conor.vance@law.njoag.gov
Email: zeyad.assaf@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

*s/ Jesse Ramos*
Jesse Ramos*
Special Deputy Attorney General
Brian Rabinovitz*
Director of Major Litigation
Consumer Protection Division
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
Fax: 919-716-6050
Email: Jramos@ncdoj.gov
Email: Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina, ex rel. Jeff Jackson, Attorney General*

*s/ Melissa H. Shirey*
Melissa H. Shirey (pro hac vice forthcoming)
Senior Deputy Attorney General
PA Attorney I.D. No. 89257
Pennsylvania Office of Attorney General
4801 Atlantic Avenue
Erie, PA 16506
Tel: 814-240-1180
Email: mshirey@attorneygeneral.gov

*Attorneys for Plaintiff State of Nebraska*

*s/ Jane M. Azia*
Jane M. Azia*
Bureau Chief
Christopher L. McCall*
Assistant Attorney General
Bureau of Consumer Frauds & Protection
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
Tel: 212-416-8727 (Azia)
Tel: 212-416-8365 (McCall)
Email: jane.azia@ag.ny.gov
Email: christopher.mccall@ag.ny.gov

*Attorneys for Plaintiff State of New York*

*s/ Cameron R. Capps*
Cameron R. Capps*
Deputy Attorney General
Kristin Siegel*
Assistant Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 522-9052
Facsimile: (405) 521-3921
Email: Cameron.Capps@oag.ok.gov
Email: Kristin.Siegel@oag.ok.gov

*Attorneys for Plaintiff State of Oklahoma*

*s/ Alex Carnevale*
Alex Carnevale (*pro hac vice* forthcoming)
Managing Attorney, Consumer and Economic Justice Unit
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street

Jill T. Ambrose (pro hac vice forthcoming)
Assistant Director, Bureau of Consumer Protection
Assistant Chief Deputy Attorney General
PA Attorney I.D. No. 323549
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
Tele: 412-565-3050
Email: jambrose@attorneygeneral.gov

*Attorneys for Plaintiff Attorney General of Pennsylvania*

*s/ Jared Q. Libet*
Jared Q. Libet*

Assistant Deputy Attorney General
Jordan Martin*
Assistant Attorney General
Office of the Attorney General
Consumer Protection & Antitrust Division
Tel: 803-734-5251
Email: jlibet@scag.gov
Email: jordanmartin@scag.gov

*Attorneys for Plaintiff State of South Carolina*

Providence, RI 02903
Tel: 401-274-4400 x 1895
Email: acarnevale@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

*s/ Sarah L. Jameson*
Sarah L. Jameson (*pro hac vice* forthcoming)
Assistant Attorney General
Office of Vermont Attorney General
109 State Street
Montpelier, VT 05609
Tele: 802-828-3170
Email: sarah.jameson@vermont.gov

*Attorneys for Plaintiff State of Vermont*

*s/ Joseph Kanada*
Joseph Kanada, WSBA No. 55055
Gardner U. Reed, WSBA No. 55630
Assistant Attorneys General
Consumer Protection Division
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tele: 206-464-7744
Email: Joe.Kanada@atg.wa.gov
Email: Gardner.Reed@atg.wa.gov

*Attorneys for Plaintiff Washington State Attorney General's Office, Consumer Protection Division, and local counsel for Plaintiffs State of Alaska, State of Arizona, People of the State of California, State of Colorado, State of Florida, State of Idaho, State of Illinois, State of Indiana, State of Iowa, Commonwealth of Kentucky, State of Louisiana, Consumer Protection Division of the Office of Maryland Attorney General, State of Nebraska,*

*State of New Jersey, State of New York, State of North Carolina, State of Oklahoma, Commonwealth of Pennsylvania, State of Rhode Island, State of South Carolina, and State of Vermont*

DAVIS WRIGHT TREMAINE LLP

By *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: theolesczynski@dwt.com

DUNN ISAACSON RHEE LLP

By *s/ Jeannie S. Rhee*
Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
401 9th Street, NW
Washington, DC 20004
Tel: (202) 240-2900
Email: kdunn@dirllp.com
Email: jrhee@dirllp.com
Email: ratkinson@dirllp.com

Hannah Klain*
11 Park Place
New York, NY 10007
Tel: (202) 240-2900
Email: hklain@dirllp.com

GIBSON, DUNN & CRUTCHER LLP

By *s/ Natalie J. Hausknecht*
Natalie J. Hausknecht*
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211

Tel: (303) 298-5783
Email: nhausknecht@gibsondunn.com

Gustav W. Eyler*
1700 M Street, N.W.
Washington, DC 20036
Tel: (202)955-8610
Email: geyler@gibsondunn.com

William Savitt*
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2355
Email: wsavitt@gibsondunn.com

*Attorneys for Defendant Amazon.com, Inc.*

**admitted pro hac vice*

**[PROPOSED] ORDER**

The Court GRANTS the Parties' Stipulated Motion and ORDERS as follows:

1. The Parties shall conduct a FRCP 26(f) conference by October 28, 2026;
2. The Parties shall exchange initial disclosures under FRCP 26(a)(1) by November 12, 2026;
3. The Parties shall submit to the Court a joint status report and discovery plan as required by FRCP 26(f) and LCR 26(f) by November 19, 2026;
4. Amazon's deadline to respond to the Complaint is December 7, 2026;
5. Plaintiffs shall file their oppositions to any motion to dismiss on or before January 27, 2027;
6. Amazon shall file its reply in support of any motion to dismiss on or before February 17, 2027; and
7. The word count for Amazon's motion to dismiss shall not exceed 16,800 words; the combined word count for Plaintiffs' oppositions shall not exceed 16,800 words; and the combined word count for Amazon's reply in support of its motion to dismiss shall not exceed 8,400 words.

IT IS SO ORDERED this ____ day of ______________________, 2026.

_________________________________
John H. Chun
UNITED STATES DISTRICT JUDGE



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax