FILED
LODGED
RECEIVED
MAIL

OCT 02 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

OSCAR ERNESTO ROMERO
*Movant for Leave to File as Amicus Curiae, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, and the other Plaintiff States, | **Case No. 2:26-cv-03097-JHC** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | The Honorable John H. Chun |
| AMAZON.COM, INC., | *Filed by mail, pro se* |
| Defendant. | |

# CERTIFICATE OF SERVICE

*[Filed after service is made. It certifies only service that has actually been made.]*

I, Oscar Ernesto Romero, certify that on 28 **September 2026, at** 9:35 Pacific Time, I served the Motion for Leave to File a Brief as Amicus Curiae, the proposed brief, and the proposed order on counsel of record as follows.

By electronic mail, as PDF attachments:

- for Plaintiff the Federal Trade Commission: Jonathan W. Platt (jplatt@ftc.gov), Darren H. Lubetzky (dlubetzky@ftc.gov), Adam K. Hersh (ahersh@ftc.gov), Vikram Jagadish (vjagadish@ftc.gov), Jason E. Kornmehl (jkornmehl@ftc.gov) and Ishan Shivakumar (ishivakumar@ftc.gov);

- for Defendant Amazon.com, Inc.: John A. Goldmark (johngoldmark@dwt.com), MaryAnn T. Almeida (maryannalmeida@dwt.com), Theo A. Lesczynski (theolesczynski@dwt.com), Karen L. Dunn (kdunn@dirllp.com), Jeannie S. Rhee (jrhee@dirllp.com), L. Rush Atkinson (ratkinson@dirllp.com), Hannah Klain (hklain@dirllp.com), Natalie J. Hausknecht (nhausknecht@gibsondunn.com), Gustav W. Eyler (geyler@gibsondunn.com) and William Savitt (wsavitt@gibsondunn.com).

By first-class United States mail, postage prepaid, under Federal Rule of Civil Procedure 5(b)(2)(C):

- for the Plaintiff States: Joseph K. Kanada and Gardner U. Reed, Assistant Attorneys General, Washington State Attorney General's Office, Consumer Protection Division, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188, counsel for the State of Washington and local counsel for each of the other twenty-one Plaintiff States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 September 2026.

**OSCAR ERNESTO ROMERO**
Movant for Leave to File as Amicus Curiae, In Propria Persona
ozromeo338@gmail.com