OSCAR ERNESTO ROMERO
*Applicant for Intervention, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

Retail

U.S. POSTAGE PAID
FCM LG ENV
SAN DIEGO, CA 92101
SEP 30, 2026

98101

$4.62

RDC 99

S2324H505239-25

FILED
LODGED
RECEIVED
MAIL

OCT 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

4. ENVELOPE C: Seattle Clerk

Clerk of Court, U.S. District Court, Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101