OSCAR ERNESTO ROMERO
*Non-Party Movant, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

FILED
LODGED
RECEIVED
MAIL

OCT 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, and the other Plaintiff States,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

**Case No. 2:26-cv-03097-JHC**

**NOTICE OF LODGING OF PROPOSED ORDER ON THE MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE**

The Honorable John H. Chun

*Filed by mail, pro se*

## NOTICE OF LODGING OF PROPOSED ORDER ON THE MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE (LOCAL CIVIL RULE 7(b)(1))

Non-party movant Oscar Ernesto Romero lodges the attached [Proposed] Order Granting Leave to File a Brief as Amicus Curiae, which accompanies his motion for leave under Local Civil Rule 7(o) mailed to the Clerk on 28 September 2026. It was not enclosed with that mailing; it is served with this notice, and a Word copy goes to chambers.

Dated: 30 · 9, 2026.

_______________________________

**OSCAR ERNESTO ROMERO**

Non-Party Movant, In Propria Persona

**CERTIFICATE OF SERVICE**

I certify that on the date below I caused this notice and the lodged proposed order to be mailed to the Clerk for filing, and served them the same day by electronic mail on counsel for Amazon.com, Inc., the Federal Trade Commission and the State of Washington at the addresses on Docket Entries 81, 83, 89, 90 and 91, the Washington Attorney General serving for the Plaintiff States.

Dated: 30 · 9, 2026.

_______________________________

**OSCAR ERNESTO ROMERO**