OSCAR ERNESTO ROMERO
*Movant for Leave to File as Amicus Curiae, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, and the other Plaintiff States,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | **Case No. 2:26-cv-03097-JHC**<br><br>**PROPOSED ORDER GRANTING LEAVE TO FILE A BRIEF AS AMICUS CURIAE**<br><br>The Honorable John H. Chun<br><br>*Lodged with the motion for leave, pro se* |

# [PROPOSED] ORDER GRANTING LEAVE TO FILE A BRIEF AS AMICUS CURIAE

*[Lodged with the motion for leave under Local Civil Rule 7(o), and sent in Word to chambers.]*

This matter comes before the Court on the motion of Oscar Ernesto Romero for leave to file a brief as amicus curiae under Local Civil Rule 7(o). The Court has considered the motion, the proposed brief, and the positions of the parties.

IT IS ORDERED that the motion is GRANTED. The Clerk is directed to file the proposed brief lodged with the motion.

Dated this __ **day of** ______, 2026.

______

**JOHN H. CHUN**
United States District Judge