OSCAR ERNESTO ROMERO
*Non-Party Movant, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

FILED LODGED RECEIVED MAIL
OCT 05 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, and the other Plaintiff States, | ) | **Case No. 2:26-cv-03097-JHC** |
| Plaintiffs, | ) | **NOTICE OF STIPULATED FRAMEWORK FOR COORDINATION AND RESOLUTION, SIGNED AND OPEN FOR THE PARTIES' SIGNATURES** |
| v. | ) | The Honorable John H. Chun |
| AMAZON.COM, INC., | ) | *Filed by mail, pro se* |
| Defendant. | | |

# NOTICE OF STIPULATED FRAMEWORK FOR COORDINATION AND RESOLUTION, SIGNED AND OPEN FOR THE PARTIES' SIGNATURES

*[By a non-party, in propria persona. Signed by him and served on every party. It asks for no order until the parties sign; it then becomes a stipulated motion with a proposed order. The same framework is filed today in all three courts.]*

Oscar Ernesto Romero, non-party movant in this action, plaintiff in *Romero v. Amazon.com, Inc.*, No. 3:26-cv-02324-JO-JAC (S.D. Cal.), and applicant for intervention in *Pandiscia*, *Gamlen* and *Gordley* (N.D. Cal.), signs this framework, and each party that signs below joins it:

**1. Home courts.** Each action stays where it was filed: *Romero v. Amazon.com, Inc.*, No. 3:26-cv-02324-JO-JAC, in the Southern District of California; *Pandiscia*, *Gamlen* and *Gordley* (Nos. 3:26-cv-08721, -08758 and -09036-WHO) in the Northern District of California; and *Federal Trade Commission, et al. v. Amazon.com, Inc.*, No. 2:26-cv-03097-JHC, in the Western District of Washington. No transfer is sought.

**2. Counsel.** Counsel named in each action remain counsel for their clients and for any class they propose, and join the common work as experienced class counsel. Mr. Romero acts for himself.

**3. Arbitration.** Nothing here waives any party's position on Amazon's arbitration clause and class waiver of 14 August 2026. The plaintiffs continue to contest them. Mr. Romero is not bound by them, and he elects

under 9 U.S.C. § 402(a). If arbitration becomes the longer fight, the common terms proceed through the early neutral evaluation in *Romero*.

**4. The opt-out first.** The first common term is a creator-side opt-out with a content key and a likeness key. It begins with a defined pool of creator keys, Ms. Lydia Wilson's first, and the creators whose sessions Mr. Romero watched, liked, shared and chatted in, and extends from that pool to every key the corpus holds.

**5. Rights by layer.** Each party's rights are asserted at its layer and added to the whole: the training corpus, the keys and the opt-out, in the Northern District actions; the count, the receiver and the individual claims, in *Romero*; the price, the data sold and the inference, in Seattle, with the Commission and the States.

**6. The corpus is protected.** The dataset is preserved, never deleted, and treated as proprietary. Its assets are held under one receiver, the same in all three courts, with the Federal Trade Commission and the State of California as custodians. The receiver is appointed once, in *Romero*, the first-filed action, and files the order in each other district, as 28 U.S.C. § 754 provides for a receiver over property "situated in different districts."

**6-A. One table, each court its sector.** Each court decides the terms of its own layer and approves its own part: class terms in the Northern District under Rule 23(e); the decree in Seattle, with the Commission and the States; the judgment in *Romero*. The terms common to all (the receiver, the preservation, the keys and the opt-out, the verified count) are agreed once, at one table, and reported by the receiver to all three courts.

Adjustments are negotiated court by court; the common terms change only by agreement.

**7. The solution.** Mr. Romero contributes the MIS (Market Integrity System), published open source under the Apache 2.0 licence: hardware entropy verification of the count, zero-knowledge age verification, and an independent verification ledger. It is the means of verifying the count and keying the corpus, measured the same way going forward. The inference data it verifies belongs to the people in it: every creator, chatter and viewer gets it, free.

**8. His claims stay his.** Nothing here settles or releases the claims based on the count and what was inferred from it, or Mr. Romero's individual claims, including restoration of his accounts. They are resolved only in *Romero*.

**9. Meeting the court.** The parties will take the earliest court-directed conference each court allows, and will attend together. Mr. Romero's papers are complete; he is ready whenever the Court is.

**10. Signatures.** Any party may sign in any action. Signature blocks are open for the Commission and the Plaintiff States as to the Seattle action.

**SIGNATURES**

Dated: 30 · 9, 2026.

______________________

**OSCAR ERNESTO ROMERO**

Plaintiff in *Romero* and Applicant for Intervention, In Propria Persona

____________________________ Date: __________

**ALMEIDA LAW GROUP LLC · STERLINGTON**

Counsel for Plaintiff Warren Pandiscia (No. 3:26-cv-08721-WHO)

____________________________ Date: __________

**GIRARD SHARP LLP · MILBERG**

Counsel for Plaintiff Thomas Gamlen (No. 3:26-cv-08758-WHO)

____________________________ Date: __________

**AHDOOT & WOLFSON, PC**

Counsel for Plaintiff Eden Gordley (No. 3:26-cv-09036-WHO)

____________________________ Date: __________

**ASHURST**

Counsel for Defendants Twitch Interactive, Inc. and Amazon.com, Inc. (N.D. Cal.)

____________________________ Date: __________

**DAVIS WRIGHT TREMAINE LLP**

Counsel for Defendants Amazon.com, Inc., Twitch Interactive, Inc. and Daniel Clancy (S.D. Cal.)

____________________________ Date: __________

**DAVIS WRIGHT TREMAINE LLP · DUNN ISAACSON RHEE LLP · GIBSON, DUNN & CRUTCHER LLP**

Counsel for Defendant Amazon.com, Inc. (W.D. Wash.)

_________________________ Date: __________

**FEDERAL TRADE COMMISSION**

Plaintiff, No. 2:26-cv-03097-JHC (W.D. Wash.)

_________________________ Date: __________

**THE PLAINTIFF STATES**

Plaintiffs, No. 2:26-cv-03097-JHC (W.D. Wash.)

**CERTIFICATE OF SERVICE**

I certify that on the date below I caused this notice to be mailed to the Clerk for filing, and served it the same day by electronic mail on counsel for Amazon.com, Inc., the Federal Trade Commission and the State of Washington at the addresses on Docket Entries 81, 83, 89, 90 and 91, the Washington Attorney General serving for the Plaintiff States.

Dated: 30 . 9, 2026.

_________________________

**OSCAR ERNESTO ROMERO**