OSCAR ERNESTO ROMERO
*Non-Party Movant, In Propria Persona*
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, México
+52 1 646 601 7866 (WhatsApp)
ozromeo338@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, and the other Plaintiff States, | ) | **Case No. 2:26-cv-03097-JHC** |
| Plaintiffs, | ) | **PROPOSED ORDER GRANTING LIMITED INTERVENTION, DENYING AMAZON'S MOTION TO SEAL AND UNSEALING THE COMPLAINT** |
| v. | ) | The Honorable John H. Chun |
| AMAZON.COM, INC., | ) | *Lodged with the motion, pro se* |
| Defendant. | | |

# [PROPOSED] ORDER GRANTING LIMITED INTERVENTION, DENYING AMAZON'S MOTION TO SEAL (DOCKET ENTRY 91) AND UNSEALING THE COMPLAINT

*[Lodged with the motion under Local Civil Rule 5(g)(8), and sent in Word to chambers.]*

This matter comes before the Court on the motion of non-party Oscar Ernesto Romero to intervene for the limited purpose of opposing Defendant Amazon.com, Inc.'s Motion to Seal Commercially Sensitive Information (Dkt. 91) and moving to unseal the Complaint (Dkt. 3), and on Amazon's Motion to Seal. The Court has considered the motions, the Declaration of Anirban Sengupta (Dkt. 92), the positions of the parties, and the record.

IT IS ORDERED:

1. The motion to intervene for the limited purpose stated is GRANTED under Local Civil Rule 5(g)(8) and Federal Rule of Civil Procedure 24(b).

2. Amazon's Motion to Seal Commercially Sensitive Information (Dkt. 91) is DENIED. Amazon has not articulated compelling reasons supported by specific factual findings that outweigh the public's interest in access to the Complaint. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016).

3. The Clerk is directed to UNSEAL the Complaint (Dkt. 3).

4. The consideration of this action is EXPEDITED under 28 U.S.C. § 1657(a). The schedule of this action shall provide for the expedited preservation and production of the evidence, and no extension shall be granted that serves only delay.

[ALTERNATIVE ¶¶ 2–3, if the Court grants in part: Amazon's Motion to Seal (Dkt. 91) is GRANTED only as to Paragraphs 4, 44 and 101 and the advertiser and brand names at Paragraphs 253–258, to which the Federal Trade Commission consents, and is otherwise DENIED. Within seven days Amazon shall file a public version of the Complaint bearing only those redactions, and the Clerk shall then unseal the Complaint to that extent.]

Dated this ______ day of _______________, 2026.

_________________________________

**JOHN H. CHUN**

United States District Judge