# EXHIBIT A

# FILED UNDER SEAL