# EXHIBIT B

| **Excerpts of Complaint Language**<br>**(Redacted text in dispute is red)** | **FTC's Opposition to Sealing** |
|---|---|
| ¶ 1: On average, Amazon has secretly inflated its auction prices by approximately [redacted] on normal shopping days and more than [redacted] on peak shopping days. | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 6: In 2021, using a snapshot of data, Amazon analyzed how its undisclosed surcharges artificially increased the price of advertising of various categories of products (referred to as "general ledgers" or "GLs") bought by U.S. consumers on its platform. The analysis found that Amazon levied its highest surcharges on advertisements for [redacted]. These typically low-margin products are likely to pass on cost increases to consumers. Amazon also applied high surcharges to other necessities including [redacted], as reflected in an internal chart below (emphasis added). | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• The redacted information is from 2021. Opposition at 7.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 8. |
| ¶ 6: [Entire chart]<br>[redacted] | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• The redacted information is from 2021. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |

| | |
|---|---|
| ¶ 11: [Entire chart] [redacted] | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 56: In 2019, the Sponsored Products auction team was "extremely cautious" and initially limited the percentage of auctions where it artificially raised prices up to the amount of the winning bid to just [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2019. Opposition at 13.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 60: This eOPS Based Pricing system sets surcharges to [redacted] "Return on Advertising Spend," or "RoAS" is the amount of money in sales an ad generates divided by the cost of the ad. RoAS is the leading measure of the cost efficiency of advertisements used by advertisers. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 61: An internal Sponsored Products memorandum noted in 2024 that Amazon can control [redacted] by using secret reserve pricing levers. It displayed the graph below where [redacted] are on the x and y axes to show that Amazon can generate more revenue by using secret reserves [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level information, not detailed or granular. Opposition at 12. |
| ¶ 61: [Entire chart]<br>[redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 62: [redacted] Stated differently, Amazon is seeking to use surcharges to capture more than [redacted] of its customers' sales revenues in the U.S. tied to Sponsored Products ad placements. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 65: This notably included a large-scale pricing experiment in 2023 that raised surcharge constraints from [redacted] for more than three hundred thousand advertisers in the United States. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2023. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 66: As a result, Amazon currently allows customers to be overcharged by up to [redacted] above the second price auction result on normal shopping days (capped by the amount of the winning bid). | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 68: For example, during the Christmas holiday season and other peak shopping events (referred to as "high velocity events" or "HVEs"), Amazon often raises its maximum surcharge levels by [redacted] — allowing surcharges to potentially more than [redacted] the GSP auction price. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 69: Amazon estimated that advertisers would (or should) be content with the lower RoAS associated with normal shopping days and that Amazon was entitled to capture the same percentage [redacted] of its advertisers' ad attributed sales during peak shopping days that they targeted during normal shopping days. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 75: In 2024, Amazon permanently raised its secret surcharges for the whole Sponsored Products marketplace, and overcharged advertising customers by about [redacted] for Sponsored Products ad placements, | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| generating about [redacted] in additional revenue from advertisers. | • Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 77: Similarly, Amazon's surcharges in Sponsored Brands auctions extracted a hidden [redacted] surcharge on average from its Sponsored Brands customers in 2024. | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 78: In January 2025, Amazon engineers and applied scientists estimated that advertisers would save at least [redacted] in 2025, and increase their RoAS from [redacted], if they engaged in "perfect" bid shading and paid the prices actually determined by the second ranked bidder (the "GSP CPC") instead of Amazon's inflated price "which includes soft reserves." | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is from 2025. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 175: By 2020, Sponsored Products used two additional reserve pricing mechanisms. One reserve mechanism [redacted]. The second reserve mechanism [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2020. Opposition at 13.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 176: In 2022, Sponsored Products launched the "eOPS based" pricing reserve that is in effect today, and which raises advertisers' prices in order [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2022. Opposition at 13.<br>• The redacted information is high level or aggregated information, not detailed as granular. |
| ¶ 180: To hide these surcharges and Amazon's abandonment of second price auctions from advertisers, Amazon used "guardrails" and "first price constraints" on reserve prices that capped the size of surcharges [redacted] Amazon applied both the guardrails and the first price constraints after the auction established the winning and second place bidders. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 12. |
| ¶ 182: Accordingly, the initial first price rate constraint set by Amazon was only [redacted], so that the reserve pricing system would be restricted from charging winning bidders the amount of their bid on more than [redacted] of the clicks. In 2020, two applied scientists working on Sponsored Products' auctions discussed how the first price constraint should limit the likelihood that advertisers would discover the surcharges and realize they could reduce what they pay by lowering their bid: "Basically, we want to 'bound the probability that any advertiser shading their bid would find a soft operating point (where they win and get charged a lower cpc).'" | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2020 or prior. Opposition at 13.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 183: These surcharge constraints capped the "surcharge rate" (i.e., the percentage amount above the second price auction price that Amazon would charge customers as a result of its reserve prices) at two levels. The first surcharge constraint is applied at [redacted] The second surcharge constraint is applied at [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2020 or prior. Opposition at 13.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 193: In 2021, Amazon's Sponsored Products auction team tested a new pricing mechanism, known as the "eOPS [estimate of the ordered product sales] based pricing" reserve, [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is from 2021. Opposition at 11.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 12. |
| ¶ 194: Prime Day Pricing Interventions: Prime Day pricing interventions resulted in $10 MM incremental SP revenue, exceeding the financial target of $8.6 MM. The eOPS based pricing model was dialed up to 95% in the US for Prime Day as planned. Advertiser RoAS at the marketplace level remained at or above pre-PD levels in all marketplaces. We had a goal of keeping marketplace level surcharge below [redacted] and we met the goal in all marketplaces. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2021. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 195: The eOPS based reserve pricing [redacted] The percentage of eOPS used to calculate each reserve price was [redacted] As an internal document explained, Amazon increases its GSP auction prices by adding [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is high level or aggregated information, not detailed or granular. Opposition at 12. |
| ¶ 196: Amazon initially [redacted] "can be changed at any point based on the business requirement." [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Amazon does not treat similar information as confidential. Opposition at 10-11; Ex. C at 2.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 198: The chart shows the gradual increase of the average surcharge rate from below [redacted], with spikes up during high shopping periods in November through early December 2021 (weeks 45 to 50), and again in July 2022 (around Prime Day, weeks 26 to 29). | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2022 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 198: [Entire chart]<br>[redacted] | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2022 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 199: By the middle of 2024, an Amazon document reported that the average U.S. marketplace surcharge rate for Sponsored Products had increased to [redacted] Thus, Amazon's advertising customers were on average paying [redacted] more than they would have if Amazon operated its GSP auction as represented. On peak shopping days, such as Prime Day, Amazon's average surcharge rate soared to as high as [redacted], driving prices and customer costs far above the actual pricing determined by Amazon's auctions. | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 204: A comparison of the data contained in these reports between a five-week period covering late September 2020 to October 2020 to a five-week period covering mid-October 2023 to November 2023, reveals that over this 3-year period, Amazon had:<br>• raised the First Price rate from 4% to 52-64%;<br>• increased the Monetization Rate from approximately [redacted]; and<br>• raised the Aggregate Surcharge Rate from [redacted] | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2023 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 205: During this time, the Sponsored Products auction team observed in 2022 that, since its launch the "eOPS based [reserve] pricing has been nearly fully constrained" by either (i) the surcharge constraint (at the time, [redacted] above the GSP auction result) or (ii) the winning bidder's bid after any adjustments from automatic bidding strategies (or "max bid"). | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2022. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 206: According to an internal 2022 Amazon document, the "surcharge hit rate has been consistently [redacted] and the max bid rate" — i.e., the first-price rate — "has been 60%." As the Sponsored Products auction team put it: "CPC is still largely defined as [redacted] above GSP CPC or max bid for close to 90% of clicks." As the team acknowledged, 90% of the time, Amazon was charging advertisers an artificially inflated price that was either [redacted] more than the GSP auction result or was equal to their first price/maximum bid. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2022. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 210: Around the same time, Sponsored Products also began running a large-scale pricing experiment on advertisers to assess the impact of increasing the surcharge constraint in the U.S. from [redacted] above the second price auction result to [redacted] above the second price auction result. An Amazon engineer on the Sponsored Products team explained that Amazon ran this experiment because "[i]n Q1 2023, US SP search RoAS [redacted] [was] significantly higher than other Amazon ads products or other ad platforms … so we hypothesized that a further increase in CPC and decrease in RoAS can be sustained by the marketplace." At the time, Amazon's [redacted] for Sponsored Products search ads was [redacted] so Amazon was hoping to increase surcharge constraints as part of its efforts to increase prices and further reduce advertiser RoAS by about 8%. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2023. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 211: Amazon grouped in clusters over three hundred thousand advertisers "who frequently compete in the same auctions (i.e., those who bid on similar search queries) together." Amazon then raised the surcharge constraints from [redacted] and from [redacted] for half of those advertisers, with the result that the average CPCs paid by the advertisers in the experiment increased by 2%. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2023. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 212: In an internal report, the auction team attributed [redacted] of annualized revenue to the surcharge increase and concluded that these results showed that the revenue increase was "durable over the long run." The experiment also concluded that Amazon was able to both increase its prices and revenue from advertisers by 2% while decreasing their RoAS by 2%. As a result, Amazon kept the surcharge constraint at [redacted] permanently, which meant that hidden surcharges could increase advertisers' CPCs by as much as [redacted] above the GSP auction results. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2023. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 216: In mid-2024, Amazon reported internally that its advertisers' average ROAS "has been steadily declining over many quarters" and is "at an all-time low" at [redacted] in the U.S., declining by 10% in the first quarter of 2024, and that as a result of the higher advertising costs, a large share of sellers in several top product categories on Amazon's e-commerce website were "operating under negative margins." | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 217: [Entire chart]<br>[redacted] | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• The redacted information is from 2024 or prior. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 218: As reported after an August 2024 Quarterly Science Review, the head of Amazon Ads and Amazon's Vice President and Chief Digital Economist, among others, discussed that the surcharge from Amazon's hidden reserves "accounts for [redacted] of SB [Sponsored Brands] revenue" and is also "quiet [sic] prolific in SP [Sponsored Products]." It was also acknowledged that Amazon's soft reserve pricing system "has been [an] incredibly effective way to drive revenue." Amazon's Chief Digital Economist added that the "soft price is a clever non-transparent way to charge first price in some cases," but expressed "concern" that "the higher the number, the more nervous he would be given potential longer-term bid shading risks." | • The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.<br>• Amazon does not treat similar information as confidential. Opposition at 10; Ex. C at 6.<br>• The redacted information is from 2024. Opposition at 7.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8. |
| ¶ 226: In 2021 and 2022, Amazon raised surcharge constraints to [redacted] during Prime Day and after Thanksgiving. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2022 or prior. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 228: On December 10, 2021, the Amazon team effectively removed the surcharge constraints — lifting the click level constraint to [redacted] and causing advertising prices to spike over the next five days, as the average CPC increased by 20% and, in some instances, advertisers' CPCs increased by more than 200%. | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2021. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

<table>
<tr>
<td>¶ 252: On July 11, members of the Sponsored Products auction team reported to the Vice President of Sponsored Products that increases in advertisers' CPCs were [redacted] lower than expectation." To increase CPCs further, the team proposed, and the Vice President of Sponsored Products approved, "dialing up a higher CPC treatment across marketplaces," by raising the surcharge constraint to [redacted] for the entire U.S. marketplace for Day 2 of Prime Day (July 12).</td>
<td><ul><li>The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.</li><li>The redacted information is from 2023. Opposition at 11.</li><li>The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12.</li></ul></td>
</tr>
<tr>
<td>¶ 252: Prime Day RoAS Maintenance Bids did not increase as much as expected resulting in a lower CPC. Raising surcharge to [redacted] for the entire marketplace so CPC meets expectations. The team further noted on the form that the change was necessary so that "CPC meets expectations during PD [Prime Day]" and that the expected result was a 6% increase in Amazon's advertising revenue.</td>
<td><ul><li>The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.</li><li>The redacted information is from 2023. Opposition at 11.</li><li>The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12.</li></ul></td>
</tr>
<tr>
<td>¶ 255: [Highlighted numbers in red]<br><table><tr><th>Advertiser ID</th><th>2023 PD CPC_ unadjusted</th><th>2023 PD CPC</th><th>Calculated surcharge increase from metrics reported internally by Amazon</th></tr><tr><td colspan="3">[redacted]</td><td></td></tr></table></td>
<td><ul><li>The redacted information is essential to the public understanding of the magnitude of the hidden surcharges. Opposition at 6.</li><li>Plaintiffs do not oppose the names highlighted in yellow being redacted. Opposition at 8-9.</li><li>The redacted information is from 2023. Opposition at 7.</li><li>The redacted information is high level or aggregated data, not detailed or granular. Opposition at 8.</li></ul></td>
</tr>
</table>



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 258: Despite the escalations by [redacted] and other advertisers, throughout 2023 Amazon continued to find ways to increase hidden surcharges during HVEs. For example, Amazon experimented with "a more granular level pricing intervention" by applying different surcharge limits to specific product types. For the peak shopping days after Thanksgiving 2023, Amazon clustered [redacted] Amazon placed search queries such as [redacted] and [redacted] related search queries into different clusters. Amazon then applied "a unique set of surcharge limits to each cluster." | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• Plaintiffs do not oppose the name highlighted in yellow being redacted. Opposition at 8-9.<br>• The redacted information is from 2023. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 261: In October 2024, Sponsored Products added [redacted] which [redacted] for the Prime Big Deal Days on October 8 and 9, 2024. The auction team added [redacted] to prevent recurring occurrences where "advertisers saw egregious CPC increases during HVEs." | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2024. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |
| ¶ 262: Amazon further increased surcharge constraints to [redacted] repeatedly in 2023 and 2024, during its HVE holiday and Prime events, allowing reserve prices to more than [redacted] second price auction prices. ... As the chart shows, earlier in November, Amazon's reserve prices added between [redacted] to the prices paid by advertisers, but as Black Friday (November 24) approached, [redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2024 or prior. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

| | |
|---|---|
| ¶ 262: [Entire chart]<br>[redacted] | • The redacted information is essential to the public understanding of the mechanisms Amazon used to keep its soft reserve system concealed. Opposition at 11.<br>• The redacted information is from 2023 or prior. Opposition at 11.<br>• The redacted information is high level or aggregated data, not detailed or granular. Opposition at 12. |



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829