The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:26-cv-03097-JHC<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART AMAZON.COM, INC.'S MOTION TO SEAL** |

This matter comes before the Court on Amazon.com, Inc.'s ("Amazon") Motion to Seal Commercially Sensitive Information (the "Motion) (Dkt. # 91). The Court, having considered all papers submitted in support of or in opposition to the Motion, pertinent portions of the record, and the applicable law, GRANTS IN PART and DENIES IN PART Amazon's sealing request. The Court hereby ORDERS that within 14 days of this Order, Plaintiff Federal Trade Commission shall file a copy of the Complaint (Dkt. 3) in which the highlighted portions of Exhibit A to Plaintiffs' Opposition to the Motion (Dkt. 102) have been redacted.

**IT IS SO ORDERED** this ____ day of _______, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE



FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829

Presented by:

<u>*s/ Ishan Shivakumar*</u>

Ishan Shivakumar, NY Bar # 5901855
Jonathan W. Platt, NY Bar #3946522
Darren H. Lubetzky, NY Bar #4932976
Adam K. Hersh, NY Bar #5693064
Vikram Jagadish, NY Bar #5516588
Brian N. Lasky, NY Bar #3993417
Jason E. Kornmehl, NY Bar #5348818

Federal Trade Commission, Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: 212-607-2829

Email: ishivakumar@ftc.gov
Email: jplatt@ftc.gov
Email: dlubetzky@ftc.gov
Email: ahersh@ftc.gov
Email: vjagadish@ftc.gov
Email: blasky@ftc.gov
Email: jkornmehl@ftc.gov

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION