The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | No. 2:26-cv-03097-JHC<br><br>**CERTIFICATE OF SERVICE REGARDING AMAZON.COM, INC.'S OPPOSITION TO OSCAR ERNESTO ROMERO'S MOTIONS FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE [DKT. 106]** |

On October 19, 2026, Amazon.com, Inc.'s Opposition to Oscar Ernesto Romero's Motions for Leave to File Brief as Amicus Curiae [Dkt. 106] was submitted using the CM/ECF System for filing, which sent notifications of such to all CM/ECF Registrants.

In addition, I certify that on October 19, 2026, I served a filed copy of Amazon.com, Inc.'s Oppositon to Oscar Ernesto Romero's Motions for Leave to File Brief as Amicus Curiae [Dkt. 106] via U.S.P.S. to the following:

Oscar Ernesto Romero
4107 Villa Marena, Col. Puesta del Sol
Playas de Rosarito, B.C. 22710, Mexico

*Movant, In Propria Persona*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 19th day of October, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/ MaryAnn T. Almeida*
MaryAnn T. Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Email: maryannalmeida@dwt.com

*Counsel for Defendant Amazon.com, Inc.*