UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:26-cv-03097-JHC

**ORDER**

Before the Court are Oscar Ernesto Romero's motions for leave to file a brief as amicus curiae. Dkt. ## 95 & 96. For the reasons presented by Defendant at Dkt. # 106, the Court DENIES the motions.

DATED this 27th day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE