UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a corporation,<br>Defendant. | No. 2:26-cv-03097-JHC<br>**ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL COMMERCIALLY SENSITIVE INFORMATION** |

This matter comes before the Court on Defendant Amazon.com, Inc.'s Motion to Seal Commercially Sensitive Information. Dkt. # 91. Amazon.com, Inc. seeks to permanently seal specified excerpts of Plaintiffs' Complaint, which was filed temporarily under seal (Dkt. # 3). The Court, having considered the Motion and all other papers submitted in support of and in opposition to the Motion, and for compelling reasons shown, GRANTS the Motion and ORDERS that within 14 days of this Order, Plaintiffs shall file a copy of the Complaint with redactions as shown in Exhibit A to Amazon's motion.

IT IS SO ORDERED this 27th day of October, 2026.

John H. Chun

John H. Chun
UNITED STATES DISTRICT JUDGE