**UNITED STATES DISTRICT COURT**
**for the**
**Western District of Washington**

| | | |
|---|---|---|
| Federal Trade Commission et al. | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:26-cv-03097-JHC |
| Amazon.com, Inc. | ) | |
| | ) | |

# NOTICE OF WITHDRAWAL OF COUNSEL

Wilton Antoine Person moves to withdraw as counsel for the People of the State of Illinois. It is noted that at least one attorney for the People of the State of Illinois, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the People of the State of Illinois. I request that the Clerk update the docket as indicated above.

Dated this 30th day of October 2026

Respectfully,

s/*Wilton Antoine Person*

Wilton Antoine Person *IL Bar# 6290441 P*HV Admission
The Office of the Illinois Attorney General
115 S. LaSalle Street, 25th Floor
Chicago, Illinois 60603
Email: wilton.person@ilag.gov

**ATTORNEY FOR THE PEOPLE OF THE STATE OF ILLINOIS**