UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:26-cv-03097-JHC

**ORDER**

This matter comes before the Court on "Non-Party's Motion to Intervene for the Limited Purpose of Opposing Amazon's Motion to Seal and Unsealing the Complaint, with Opposition to Docket Entry 91." Dkt. # 98. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendant at Dkt. # 109, the Court DENIES the motion.

DATED this 2nd day of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE