UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | No. 2:26-cv-03097-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO SUBMIT A JOINT STATUS REPORT AND DISCOVERY PLAN** |

Plaintiffs Federal Trade Commission ("FTC" or "Commission") and the Plaintiff States, and Defendant Amazon.com, Inc. ("Amazon") (collectively the "Parties"), by and through their counsel, respectfully request that the Court enter the proposed order set forth below, which extends the deadline for the Parties to submit a Joint Status Report and Discovery Plan to December 3, 2026.

In support of this request, the Parties state the following:

1. On October 6, 2026, the Court approved the Parties' stipulation and entered an order setting deadlines for the exchange of initial disclosures and submission of the Joint Status Report and Discovery Plan. Dkt. 94. Accordingly, the current deadline for the Parties to submit a Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) is November 19, 2026. *Id.* at 10.

2. On October 28, 2026, the Parties held the FRCP 26(f) conference, and since then, have discussed via phone, videoconference, and email various topics at issue for the report.

3. The Parties have engaged in good faith negotiations regarding the discovery process, plan to meet and confer further regarding discovery issues, and agree that a short extension of the deadline to file a Joint Status Report and Discovery Plan may be productive to reaching agreement on a few outstanding issues.

4. The Parties stipulate as follows, subject to Court approval, and jointly request that the Court enter the following Order approving this Stipulation:

a. The deadline for the Parties to file a Joint Status Report and Discovery Plan is extended to December 3, 2026.

IT IS SO STIPULATED.

DATED this 18th day of November, 2026.

FEDERAL TRADE COMMISSION

By *s/ Adam K. Hersh*

Adam K. Hersh, NY Bar #5693064
Jonathan W. Platt, NY Bar #3946522
Darren H. Lubetzky, NY Bar #4932976
Brian N. Lasky, NY Bar #3993417
Vikram Jagadish, NY Bar #5516588
Jason E. Kornmehl, NY Bar #5348818
Ishan Shivakumar, NY Bar # 5901855
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: 212-607-2829
Email: ahersh@ftc.gov
Email: jplatt@ftc.gov
Email: dlubetzky@ftc.gov
Email: blasky@ftc.gov
Email: vjagadish@ftc.gov
Email: jkornmehl@ftc.gov
Email: ishivakumar@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*s/ Ian R. Engelbeck*
Ian R. Engelbeck*
Assistant Attorney General
Mark Cucci*
Senior Assistant Attorney General Alaska Department of Law
Special Litigation Section 1031 West 4th Ave., Suite 200
Anchorage, AK 99501
Tel: 907-269-5200
Email: ian.engelbeck@alaska.gov
Email: mark.cucci@alaska.gov

*Attorneys for Plaintiff State of Alaska*

*s/ Kiersten Schneider*
Kiersten Schneider, AZ Bar No. 039766*
Jesse Stewart, AZ Bar No. 041176*
Assistant Attorneys General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Tel: 602-542-1517
Fax: 602-542-4377
Email: consumer@azag.gov
Email: Kiersten.Schneider@azag.gov
Email: Jesse.Stewart@azag.gov

*Attorneys for Plaintiff State of Arizona*

*s/ Katherine M. Field*
Katherine M. Field CO Reg. No 42024*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773 (*Pro Hac Vice* Forthcoming)
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, Colorado 80203
Tel: (720) 508-6208
Email: kate.field@coag.gov
Email: Lauren.Dickey@coag.gov

*Attorneys for Plaintiff State of Colorado*

*s/ Nicklas A. Akers*
Nicklas A. Akers*
Senior Assistant Attorney General, Consumer Protection
Michael E. Elisofon*
Supervising Deputy Attorney General
Holly Mariella*
Deputy Attorney General
455 Golden Gate Ave, Suite 1100
San Francisco, CA 94102
Tel: 415-510-4400
nicklas.akers@doj.ca.gov
michael.elisofon@doj.ca.gov
holly.mariella@doj.ca.gov

*Attorneys for Plaintiff State of California*

*s/ Lizabeth Brady*
Lizabeth Brady*
Director, Antitrust Division
Lee Istrail*
Assistant Attorney General
Steven J. Orban*
Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Tel: 850-414-3300
Email: liz.brady@myfloridalegal.com
Email: lee.istrail@myfloridalegal.com
Email: steven.orban@myfloridalegal.com

*s/ Stephanie N. Guyon*
Stephanie N. Guyon (ISB No. 5989)*
Deputy Attorney General
Idaho Attorney General's Office
Consumer Protection Division
P.O. Box 83720
Boise, ID 83720-0010
Tel: 208-332-3548
Email: stephanie.guyon@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

*Attorneys for Plaintiff State of Florida*

*s/ Haley Comella*
Haley Comella*
Assistant Attorneys General
Office of Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street Chicago, Illinois 60603
Tel.: 312-814-3153
Email: Haley.Comella@ilag.gov

*Attorneys for Plaintiff State of Illinois*

*s/ Eric H. Wessan*
Eric H. Wessan*
Assistant Attorney General
Office of Iowa Attorney General
1305 E. Walnut St.
Des Moines, Iowa 50319
Tel: 515-281-3731

Email: eric.wessan@ag.iowa.gov

*Attorneys for Plaintiff State of Iowa*

*s/ Lindsay Rabalais Coussan*
Lindsay Rabalais Coussan*
Assistant Attorney General Consumer Protection Section
Office of the Louisiana Attorney General
1885 N. Third St.
Baton Rouge, LA 70802
Tel: 225-326-6438
Email: CoussanL@ag.louisiana.gov

*Attorneys for Plaintiff State of Louisiana*

*s/ Anjali Garg*
Anjali Garg (MD #32583)*
Philip D. Ziperman (MD# 12430)*
Assistant Attorneys General

*s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82)*
Chief Counsel and Director of Consumer Protection
Brady Quackenbush (IN Atty No. 37730-30)*
Jay Hong (IN Atty No. 39263-49)*
Deputy Attorneys General, Consumer Litigation
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Tel: 317-232-6309
Email: Scott.Barnhart@atg.in.gov
Email: Brady.Quackenbush@atg.in.gov
Email: Jay.Hong@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

*s/ John Christian Lewis*
John Christian Lewis*
Division Chief, Consumer Protection
Philip R. Heleringer*
Executive Director, Consumer Protection
Jonathan Farmer*
Deputy Executive Director, Consumer Protection
John Ghaelian*
Assistant Attorney General
Office of the Kentucky Attorney General
1024 Capital Center Drive, Suite 200|
Frankfort, Kentucky 40601
Tel: 502-696-5314
Email: Christian.Lewis@Ky.gov
Email: Philip.Heleringer@Ky.gov
Email: Jonathan.Farmer@Ky.gov
Email: John.Ghaelian@Ky.gov

*Attorneys for Plaintiff Commonwealth of Kentucky*

Consumer Protection Division
Office of the Maryland Attorney General
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
Tel: 410-576-6374
Fax: 410-576-6566
Email: agarg@oag.maryland.gov
Email: pziperman@oag.maryland.gov

*Attorneys for Plaintiff Consumer Protection Division, Office of the Maryland Attorney General*

*s/ Conor C. Vance*
Conor C. Vance*
Zeyad Assaf*
Deputy Attorneys General
Division of Law
Consumer Fraud Prosecution Section 124
Halsey Street, Fifth Floor Newark, NJ 07101
Tel: 609-696-5363
Email: conor.vance@law.njoag.gov
Email: zeyad.assaf@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

*s/ Jesse Ramos*
Jesse Ramos*
Special Deputy Attorney General
Brian Rabinovitz*
Director of Major Litigation
Consumer Protection Division
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
Fax: 919-716-6050
Email: Jramos@ncdoj.gov
Email: Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina, ex rel. Jeff Jackson, Attorney General*

*s/ Benjamin J. Swanson*
Benjamin J. Swanson (NE #27675)*
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-7759
Fax: (402) 471-4725
Email: benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

*s/ Jane M. Azia*
Jane M. Azia*
Bureau Chief
Christopher L. McCall*
Assistant Attorney General
Bureau of Consumer Frauds & Protection
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
Tel: 212-416-8727 (Azia)
Tel: 212-416-8365 (McCall)
Email: jane.azia@ag.ny.gov
Email: christopher.mccall@ag.ny.gov

*Attorneys for Plaintiff State of New York*

*s/ Cameron R. Capps*
Cameron R. Capps*
Deputy Attorney General
Kristin Siegel*
Assistant Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 522-9052
Facsimile: (405) 521-3921
Email: Cameron.Capps@oag.ok.gov
Email: Kristin.Siegel@oag.ok.gov

*s/ Melissa H. Shirey*
Melissa H. Shirey*
Senior Deputy Attorney General
PA Attorney I.D. No. 89257
Pennsylvania Office of Attorney General
4801 Atlantic Avenue
Erie, PA 16506
Tel: 814-240-1180
Email: mshirey@attorneygeneral.gov

Jill T. Ambrose*
Assistant Director, Bureau of Consumer Protection
Assistant Chief Deputy Attorney General
PA Attorney I.D. No. 323549
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
Tele: 412-565-3050
Email: jambrose@attorneygeneral.gov

*Attorneys for Plaintiff Attorney General of Pennsylvania*

*s/ Jared Q. Libet*
Jared Q. Libet*

Assistant Deputy Attorney General
Jordan Martin*
Assistant Attorney General
Office of the Attorney General
Consumer Protection & Antitrust Division
1000 Assembly Street
Columbia, SC 29201
Tel: 803-734-5251
Email: jlibet@scag.gov
Email: jordanmartin@scag.gov

*Attorneys for Plaintiff State of South Carolina*

DAVIS WRIGHT TREMAINE LLP

By *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086

*Attorneys for Plaintiff State of Oklahoma*

*s/ Alex Carnevale*
Alex Carnevale*
Managing Attorney, Consumer and Economic Justice Unit
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400 x 1895
Email: acarnevale@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

*s/ Sarah L. Jameson*
Sarah L. Jameson*
Assistant Attorney General
Office of Vermont Attorney General
109 State Street
Montpelier, VT 05609
Tele: 802-828-3170
Email: sarah.jameson@vermont.gov

*Attorneys for Plaintiff State of Vermont*

*s/ Joseph Kanada*
Joseph Kanada, WSBA No. 55055
Gardner U. Reed, WSBA No. 55630
Assistant Attorneys General
Consumer Protection Division
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tele: 206-464-7744
Email: Joe.Kanada@atg.wa.gov
Email: Gardner.Reed@atg.wa.gov

Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: theolesczynski@dwt.com

*Attorneys for Plaintiff Washington State Attorney General's Office, Consumer Protection Division, and local counsel for Plaintiffs State of Alaska, State of Arizona, People of the State of California, State of Colorado, State of Florida, State of Idaho, State of Illinois, State of Indiana, State of Iowa, Commonwealth of Kentucky, State of Louisiana, Consumer Protection Division of the Office of Maryland Attorney General, State of Nebraska, State of New Jersey, State of New York, State of North Carolina, State of Oklahoma, Commonwealth of Pennsylvania, State of Rhode Island, State of South Carolina, and State of Vermont*

GIBSON, DUNN & CRUTCHER LLP

By *s/ Natalie J. Hausknecht*
Natalie J. Hausknecht*
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Tel: (303) 298-5783
Email: nhausknecht@gibsondunn.com

Gustav W. Eyler*
1700 M Street, N.W.
Washington, DC 20036
Tel: (202) 955-8610
Email: geyler@gibsondunn.com

William Savitt*
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2355
Email: wsavitt@gibsondunn.com

*Attorneys for Defendant Amazon.com, Inc.*

*admitted pro hac vice*

**ORDER**

Pursuant to the Parties' stipulation, the deadline for the Parties to file a Joint Status Report and Discovery Plan is extended to December 3, 2026. Dkt. 118.

IT IS SO ORDERED.

DATED this 18th day of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE